*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert J. Antonacci, II and
Nicole L. Antonacci
    Debtor(s)

Case No: 19–13038–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Extend Automatic Stay Filed by Nicole L. Antonacci, Robert J. Antonacci II Represented by PAUL H. YOUNG .
\*\*Hearing rescheduled from 06/06/2019 at 9:30 AM to 6/13/2019 at 10:00 AM\*\*

    on: 6/13/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 5/30/19

Timothy B. McGrath
Clerk of Court

14 – 8
Form 167