United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert J. Antonacci, II
Nicole L. Antonacci
    Debtors

Case No. 19-13038-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 2    Date Rcvd: May 30, 2019
                  Form ID: 167    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
```
db/jdb         +Robert J. Antonacci, II,   Nicole L. Antonacci,   830 Browns Drive,   Easton, PA 18042-9454
14324400       +Ditech Financial LLC c/o Kevin G. McDonald, Esquir,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
14322822       +IC Systems, Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
14322821       +IC Systems, Inc,   Attention: Bankruptcy,   Po Box 64378,   St Paul, MN 55164-0378
14322825       +Med Business Bureau,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
14322824       +Med Business Bureau,   1460 Renaissance Dr #400,   Park Ridge, IL 60068-1349
14326173       +SANTANDER CONSUMER USA INC.,   P.O. BOX 961245,   FORT WORTH, TX 76161-0244
14322830        Square One Financial/Cach Llc,   Po Box 5980,   Denver, CO 80127
14322831        Square One Financial/Cach Llc,   C/o Resurgent Capital Services,   Greenville, SC 29603
14322832       +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14322814        E-mail/Text: ebn@americollect.com May 31 2019 02:57:36     Americollect Inc,
                 1851 S Alverno Road,   Manitowoc, WI 54221
14322813        E-mail/Text: ebn@americollect.com May 31 2019 02:57:37     Americollect Inc,   Po Box 1566,
                 1851 S Alverno Rd,   Manitowoc, WI 54221
14322816       +E-mail/Text: ACF-EBN@acf-inc.com May 31 2019 02:56:57     Atlantoc Credit & Finance,
                 P O Box 13386,   Roanoke, VA 24033-3386
14322815       +E-mail/Text: ACF-EBN@acf-inc.com May 31 2019 02:56:57     Atlantoc Credit & Finance,
                 3353 Orange Ave,   Roanoke, VA 24012-6335
14325342        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:03:09     CACH, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14322817       +E-mail/Text: electronicbkydocs@nelnet.net May 31 2019 02:57:33     Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
14322818       +E-mail/Text: electronicbkydocs@nelnet.net May 31 2019 02:57:33     Dept Of Ed/582/nelnet,
                 121 S 13th St,   Lincoln, NE 68508-1904
14322820       +E-mail/Text: bankruptcy.bnc@ditech.com May 31 2019 02:57:05     Ditech,   Po Box 6172,
                 Rapid City, SD 57709-6172
14322819       +E-mail/Text: bankruptcy.bnc@ditech.com May 31 2019 02:57:05     Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
14322823       +E-mail/Text: cio.bncmail@irs.gov May 31 2019 02:57:04     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14325343        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 03:03:10     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14322826       +E-mail/Text: Bankruptcies@nragroup.com May 31 2019 02:58:23     National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
14322828        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:03:02
                 Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
14322829        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 03:04:40
                 Portfolio Recovery Associates,   PO Box 41067,   Norfolk, VA 23541
14331196        E-mail/Text: bnc-quantum@quantum3group.com May 31 2019 02:57:11
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 15

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14322827       People 1st Fcu
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: May 30, 2019
                              Form ID: 167             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Nicole L. Antonacci support@ymalaw.com,
               ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Robert J. Antonacci, II support@ymalaw.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert J. Antonacci, II and
Nicole L. Antonacci
    Debtor(s)

Case No: 19−13038−elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Extend Automatic Stay Filed by Nicole L. Antonacci, Robert J. Antonacci II Represented by PAUL H. YOUNG .
**Hearing rescheduled from 06/06/2019 at 9:30 AM to 6/13/2019 at 10:00 AM**

on: 6/13/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 5/30/19

Timothy B. McGrath
Clerk of Court

14 − 8
Form 167