# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ROBERT J. ANTONACCI, II    :    CHAPTER 13
        NICOLE L. ANTONACCI          :
        Debtors                                  :    NO. 19-13038

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Chapter 13 Plan, docket number 21, filed by YOUNG, MARR & ASSOCIATES the incorrect file was uploaded.

    /s/Paul H. Young
    Paul H. Young, Esquire
    Attorney for Debtor
    3554 Hulmeville Road, Ste. 102
    Bensalem, PA 19020

Date: June 12, 2019