United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert J. Antonacci, II
Nicole L. Antonacci
    Debtors

Case No. 19-13038-elf
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Virginia | Page 1 of 2 | Date Rcvd: Jun 24, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 33 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.

```
db/jdb         +Robert J. Antonacci, II,    Nicole L. Antonacci,    830 Browns Drive,    Easton, PA 18042-9454
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14324400       +Ditech Financial LLC c/o Kevin G. McDonald, Esquir,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14322822       +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14322821       +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
14322825       +Med Business Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
14322824       +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
14326173       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14322830        Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
14322831        Square One Financial/Cach Llc,    C/o Resurgent Capital Services,    Greenville, SC 29603
14345033       +TD Auto Finance,    PO BOX 551080,    Jacksonville FL 32255-1080
14322832       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14322814        E-mail/Text: ebn@americollect.com Jun 25 2019 03:09:50     Americollect Inc,
                 1851 S Alverno Road,    Manitowoc, WI 54221
14322813        E-mail/Text: ebn@americollect.com Jun 25 2019 03:09:50     Americollect Inc,    Po Box 1566,
                 1851 S Alverno Rd,    Manitowoc, WI 54221
14322816       +E-mail/Text: ACF-EBN@acf-inc.com Jun 25 2019 03:08:51     Atlantoc Credit & Finance,
                 P O Box 13386,    Roanoke, VA 24033-3386
14322815       +E-mail/Text: ACF-EBN@acf-inc.com Jun 25 2019 03:08:51     Atlantoc Credit & Finance,
                 3353 Orange Ave,    Roanoke, VA 24012-6335
14325342        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:18:11      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14322817       +E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2019 03:09:48     Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
14322818       +E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2019 03:09:48     Dept Of Ed/582/nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
14322820       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 25 2019 03:09:07     Ditech,    Po Box 6172,
                 Rapid City, SD 57709-6172
14322819       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 25 2019 03:09:07     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14322823       +E-mail/Text: cio.bncmail@irs.gov Jun 25 2019 03:09:04     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14325343        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:19:36      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14322826       +E-mail/Text: Bankruptcies@nragroup.com Jun 25 2019 03:10:19     National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
14322828        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:34:43
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
14322829        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:35:21
                 Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541
14331196        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:22
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 17
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14322827        People 1st Fcu
                                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Virginia               Page 2 of 2                  Date Rcvd: Jun 24, 2019
                              Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Nicole L. Antonacci support@ymalaw.com,
               ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Robert J. Antonacci, II support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ROBERT ANTONACCI | : | Chapter 13 |
| | NICOLE ANTONACCI, | : | |
| | | : | |
| | Debtors | : | Bky. No.  19-13038 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtors' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: 6/24/19**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**