| Statement of Earnings For: | Nicole L Antonacci | | | | | Easton Arts Academy Charter School | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 56 | Department 1100 | | | Period Begin: 3/31/2019 | Check Date: 4/19/2019 | 30 North 4th Street | | | |
| Clock Number: | | | | Period End: 4/13/2019 | Pay Type: Salary | Easton, PA 18042 | | | |
| SSN: XXX-Y | Federal Filing: Single | | | Exemptions: 1 | Additional Tax: | | | | |
| Company Id: CS08 | State Filing: | | | Exemptions: | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1656161 | $0.00 | $1,423.08 | $1,020.79 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 17.7885 | 72.00 | 1,280.77 | 564.00 | 10,032.71 | SOC SEC EE | 85.75 | 686.01 | PenServ 403b | 71.15 | 569.20 |
| Sick | 17.7885 | 8.00 | 142.31 | 12.00 | 213.46 | MED EE | 20.06 | 160.44 | Pre-Tax Medical | 40.00 | 320.00 |
| *PenServ Match | | 0.00 | 71.15 | 0.00 | 569.20 | FEDERAL WH | 113.05 | 904.40 | | | |
| Holiday | | 0.00 | 0.00 | 56.00 | 996.16 | PENNSYLVANIA | 42.46 | 339.68 | | | |
| Personal | | 0.00 | 0.00 | 8.00 | 142.31 | EASTON | 26.97 | 215.76 | | | |
| | | | | | | PENNSYLVANIA | 0.85 | 6.83 | | | |
| | | | | | | EASTON LST | 2.00 | 16.00 | | | |
| Total: | | 80.00 | 1,423.08 | 640.00 | 11,384.64 | Total: | 291.14 | 2,329.12 | Total: | 111.15 | 889.20 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####6842 | Deposit Amount: 1,020.79 |

Easton Arts Academy Charter School
30 North 4th Street
Easton, PA 18042

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/19/2019 | V1656161 |

| TOTAL NET PAY |
|---|
| ******$1,020.79 |

56 1100
**Nicole L Antonacci**
830 Browns Drive
Easton, PA 18042

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nicole L Antonacci | | | | | Easton Arts Academy Charter School | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 56 | Department 1100 | | Period Begin: 3/17/2019 | Check Date: 4/5/2019 | | 30 North 4th Street | | | |
| Clock Number: | | | Period End: 3/30/2019 | Pay Type: Salary | | Easton, PA 18042 | | | |
| SSN: XXX-XX | Federal Filing: Single | | Exemptions: 1 | Additional Tax: | | | | | |
| Company Id: CS08 | State Filing: | | Exemptions: | Additional Tax: | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1636697 | $0.00 | $1,423.08 | $1,020.79 | |

| EARNINGS | | | | | | TAXES | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 17.7885 | 80.00 | 1,423.08 | 492.00 | 8,751.94 | SOC SEC EE | 85.75 | 600.26 | PenServ 403b | 71.15 | 498.05 |
| *PenServ Match | | 0.00 | 71.15 | 0.00 | 498.05 | MED EE | 20.05 | 140.38 | Pre-Tax Medical | 40.00 | 280.00 |
| Sick | | 0.00 | 0.00 | 4.00 | 71.15 | FEDERAL WH | 113.05 | 791.35 | | | |
| Holiday | | 0.00 | 0.00 | 56.00 | 996.16 | PENNSYLVANIA | 42.46 | 297.22 | | | |
| Personal | | 0.00 | 0.00 | 8.00 | 142.31 | EASTON | 26.97 | 188.79 | | | |
| | | | | | | PENNSYLVANIA | 0.86 | 5.98 | | | |
| | | | | | | EASTON LST | 2.00 | 14.00 | | | |
| Total: | | 80.00 | 1,423.08 | 560.00 | 9,961.56 | Total: | 291.14 | 2,037.98 | Total: | 111.15 | 778.05 |

*Not Included in Totals

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####6842 | Deposit Amount: 1,020.79 |

Easton Arts Academy Charter School
30 North 4th Street
Easton, PA 18042

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/5/2019 | V1636697 |

**TOTAL NET PAY**
******$1,020.79

56 1100
**Nicole L Antonacci**
830 Browns Drive
Easton, PA 18042

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nicole L Antonacci | | | | | | Easton Arts Academy Charter School |
|---|---|---|---|---|---|---|---|
| Employee #: 56 | | Department 1100 | | Period Begin: 3/3/2019 | | Check Date: 3/22/2019 | 30 North 4th Street |
| Clock Number: | | | | Period End: 3/16/2019 | | Pay Type: Salary | Easton, PA 18042 |
| SSN: XXX-XC | | Federal Filing: Single | | Exemptions: 1 | | Additional Tax: | |
| Company Id: CS08 | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1612979 | $0.00 | $1,423.08 | $1,020.78 | |

**EARNINGS** *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 17.7885 | 80.00 | 1,423.08 | 412.00 | 7,328.86 |
| *PenServ Match | | 0.00 | 71.15 | 0.00 | 426.90 |
| Sick | | 0.00 | 0.00 | 4.00 | 71.15 |
| Holiday | | 0.00 | 0.00 | 56.00 | 996.16 |
| Personal | | 0.00 | 0.00 | 8.00 | 142.31 |
| **Total:** | | 80.00 | 1,423.08 | 480.00 | 8,538.48 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 85.76 | 514.51 |
| MED EE | 20.06 | 120.33 |
| FEDERAL WH | 113.05 | 678.30 |
| PENNSYLVANIA | 42.46 | 254.76 |
| EASTON | 26.97 | 161.82 |
| PENNSYLVANIA | 0.85 | 5.12 |
| EASTON LST | 2.00 | 12.00 |
| **Total:** | 291.15 | 1,746.84 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| PenServ 403b | 71.15 | 426.90 |
| Pre-Tax Medical | 40.00 | 240.00 |
| **Total:** | 111.15 | 666.90 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####6842 | Deposit Amount: 1,020.78 |

Easton Arts Academy Charter School
30 North 4th Street
Easton, PA 18042

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/22/2019 | V1612979 |

| TOTAL NET PAY |
|---|
| ******$1,020.78 |

56 1100
**Nicole L Antonacci**
830 Browns Drive
Easton, PA 18042

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nicole L Antonacci | | | | | | Easton Arts Academy Charter School | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 56 | | Department 1100 | | Period Begin: 2/17/2019 | | Check Date: 3/8/2019 | 30 North 4th Street | | |
| Clock Number: | | | | Period End: 3/2/2019 | | Pay Type: Salary | Easton, PA 18042 | | |
| SSN: XXX-XX | | ederal Filing: Single | | Exemptions: 1 | | Additional Tax: | | | |
| Company Id: CS08 | | State Filing: | | Exemptions: | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1591345 | $0.00 | $1,423.08 | $1,020.80 | |

| EARNINGS | | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *Not included in Totals | | | | | | | |
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 17.7885 | 80.00 | 1,423.08 | 332.00 | 5,905.78 | SOC SEC EE | 85.75 | 428.75 | PenServ 403b | 71.15 | 355.75 |
| *PenServ Match | | 0.00 | 71.15 | 0.00 | 355.75 | MED EE | 20.05 | 100.27 | Pre-Tax Medical | 40.00 | 200.00 |
| Sick | | 0.00 | 0.00 | 4.00 | 71.15 | FEDERAL WH | 113.05 | 565.25 | | | |
| Holiday | | 0.00 | 0.00 | 56.00 | 996.16 | PENNSYLVANIA | 42.46 | 212.30 | | | |
| Personal | | 0.00 | 0.00 | 8.00 | 142.31 | EASTON | 26.97 | 134.85 | | | |
| | | | | | | PENNSYLVANIA | 0.85 | 4.27 | | | |
| | | | | | | EASTON LST | 2.00 | 10.00 | | | |
| Total: | | 80.00 | 1,423.08 | 400.00 | 7,115.40 | Total: | 291.13 | 1,455.69 | Total: | 111.15 | 555.75 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####6842 | Deposit Amount: 1,020.80 |

Easton Arts Academy Charter School
30 North 4th Street
Easton, PA 18042

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/8/2019 | V1591345 |

| TOTAL NET PAY |
|---|
| ******$1,020.80 |

56 1100
**Nicole L Antonacci**
830 Browns Drive
Easton, PA 18042

**NOT NEGOTIABLE**