**GP Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC  
133 Peachtree St NE  
Atlanta  GA 30303  
(800) 700-3365

Robert J Antonacci II  
830 Browns Drive  
Easton PA  18042

| | | | | | | |
|---|---|---|---|---|---|---|
| Robert J Antonacci II | 181 | 3044 | 10096625 | 04/08/2019 | 04/21/2019 | 04/26/2019 |
| Federal | Married | Allowances: 02 | Additional: | 0.00 | | |
| Pennsylvania | Single | Allowances: 00 | Additional: | 0.00 | | |

### EARNINGS

| Description | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular Earnings Hourly | 25.7200 | 56.00 | 1,440.32 | 11,316.80 |
| Vacation Pay In Lieu Of | | | | 1,028.80 |
| Floating Holiday | | | | 411.52 |
| G-Vacation Pay Hrs & Amt | | 8.00 | 208.56 | 1,251.36 |
| G-Equipment/Tool Allowanc | | | | 65.00 |
| Overtime St Time (Base) | 25.7200 | 4.00 | 102.88 | 1,527.25 |
| O/T Premium 50% Hrly Rate | 12.8600 | 4.00 | 51.44 | 763.63 |
| G-Shift Differential 2 | 0.3500 | 64.00 | 22.40 | 170.80 |
| G-Shift Diff 2 O/T | 0.3500 | 4.00 | 1.40 | 20.81 |
| G-Shift Diff 2 O/T P | 0.1750 | 4.00 | 0.70 | 10.42 |
| Holiday Pay | 25.7200 | 8.00 | 205.76 | 1,234.56 |
| TOTAL EARNINGS | | | 2,033.46 | 17,800.95 |

### DEDUCTIONS (* Indicates Pre-Tax)

| Description | Amount | YTD |
|---|---|---|
| *GP Hrly Pre-Tax 401(k) | 61.00- | 532.07- |
| *Voluntary Life | 1.35- | 13.28- |
| Dependent Life | 1.04- | 10.40- |
| 401(k) Loan 1-GPH | 90.66- | 815.94- |
| 401(k) Loan 2-GPH | 123.62- | 1,112.58- |
| LTD | 24.12- | 236.13- |
| L412-USW/M#1358 Lehigh, V | 31.01- | 260.16- |
| TOTAL DEDUCTIONS | 332.80- | 2,980.56- |

### TAXABLE WAGES

| | | | Amount | YTD |
|---|---|---|---|---|
| Federal | W/H tax | | 1,971.11 | 17,255.60 |
| Federal | OASDI EE | | 2,032.11 | 17,787.67 |
| Federal | Medic EE | | 2,032.11 | 17,787.67 |
| Pennsylvania | W/H tax | | 2,032.11 | 17,787.67 |
| Pennsylvania | SUI EE | | 2,033.46 | 18,682.79 |
| Williams Township | W/H tax | | 2,032.11 | 17,787.67 |

### INCOME TAX

| | | | Amount | YTD |
|---|---|---|---|---|
| Federal | W/H | EE | 128.38- | 1,230.44- |
| Federal | OASDI | EE | 126.00- | 1,102.84- |
| Federal | MedcarEE | | 29.46- | 257.92- |
| Pennsylvania | W/H | EE | 62.39- | 546.08- |
| Pennsylvania | SUI | EE | 1.22- | 11.21- |
| Forks Township | TX LST | | 2.00- | 20.00- |
| Williams Townsh W/H | EE | | 20.32- | 177.88- |
| TOTAL TAXES | | | 369.77- | 3,346.37- |

### MEMO ITEMS

| Description | Hours | Amount |
|---|---|---|
| Accident&Sickness Actual | | 881.84 |
| Total Hours Worked | 60.00 | |

### NET PAY

| | Amount | |
|---|---|---|
| TOTAL NET PAY | 1,330.89 | |
| WELLS FARGO BANK | 1,215.00 | Checking |
| BBVA COMPASS | 50.00 | Checking |
| THE BANCORP BANK | 65.89 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate. Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub  
Produced by Employee Self Service in lieu of hard copy pay advices.  
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM

 Georgia-Pacific

Georgia-Pacific Consumer Operations LLC
133 Peachtree St NE
Atlanta   GA  30303
(800) 700-3365

Robert J Antonacci II
830 Browns Drive
Easton PA  18042

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robert J Antonacci II | | 181 | 3044 | 10096625 | 03/25/2019 | 04/07/2019 | 04/12/2019 |
| Federal | Married | Allowances: 02 | Additional: | 0.00 | | | |
| Pennsylvania | Single | Allowances: 00 | Additional: | 0.00 | | | |

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Earnings Hourly | 25.7200 | 24.00 | 617.28 | 9,876.48 |
| Vacation Pay In Lieu Of | | | | 1,028.80 |
| Floating Holiday | | | | 411.52 |
| G-Vacation Pay Hrs & Amt | | 16.00 | 417.12 | 1,042.80 |
| G-Equipment/Tool Allowanc | | | | 65.00 |
| Overtime St Time (Base) | 25.7200 | 1.63 | 41.92 | 1,424.37 |
| O/T Premium 50% Hrly Rate | 12.8600 | 1.63 | 20.96 | 712.19 |
| G-Shift Differential 2 | 0.3500 | 24.00 | 8.40 | 148.40 |
| G-Shift Diff 2 O/T | 0.3500 | 1.63 | 0.57 | 19.41 |
| G-Shift Diff 2 O/T P | 0.1750 | 1.63 | 0.29 | 9.72 |
| Holiday Pay | | | | 1,028.80 |
| TOTAL EARNINGS | | | 1,106.54 | 15,767.49 |

| Deductions | | | Current | YTD |
|---|---|---|---|---|
| *GP Hrly Pre-Tax 401(k) | | | 33.20- | 471.07- |
| *Voluntary Life | | | 1.35- | 11.93- |
| Dependent Life | | | 1.04- | 9.36- |
| 401(k) Loan 1-GPH | | | 90.66- | 725.28- |
| 401(k) Loan 2-GPH | | | 123.62- | 988.96- |
| LTD | | | 24.12- | 212.01- |
| L412-USW/MH1358 Lehigh, V | | | 16.88- | 229.15- |
| TOTAL DEDUCTIONS | | | 290.87- | 2,647.76- |

| Taxable Wages | | | Current | YTD |
|---|---|---|---|---|
| Federal | W/H tax | | 1,071.99 | 15,284.49 |
| Federal | OASDI EE | | 1,105.19 | 15,755.56 |
| Federal | Medic EE | | 1,105.19 | 15,755.56 |
| Pennsylvania | W/H tax | | 1,105.19 | 15,755.56 |
| Pennsylvania | SUI EE | | 1,106.54 | 16,649.33 |
| Williams Township | W/H tax | | 1,105.19 | 15,755.56 |

| Taxes | | | Current | YTD |
|---|---|---|---|---|
| Federal | W/H | EE | 29.51- | 1,102.06- |
| Federal | OASDI | EE | 68.52- | 976.84- |
| Federal | MedcarEE | | 16.03- | 228.46- |
| Pennsylvania | W/H | EE | 33.93- | 483.69- |
| Pennsylvania | SUI | EE | 0.66- | 9.99- |
| Forks Township | TX LST | | 2.00- | 18.00- |
| Williams Townsh W/H | EE | | 11.05- | 157.56- |
| TOTAL TAXES | | | 161.70- | 2,976.60- |

| | | | | |
|---|---|---|---|---|
| Accident&Sickness Actual | | | | 881.84 |
| Total Hours Worked | | 25.63 | | |

| | | Current | |
|---|---|---|---|
| TOTAL NET PAY | | 653.97 | |
| WELLS FARGO BANK | | 653.97 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate. Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM

 Georgia-Pacific

Georgia-Pacific Consumer Operations LLC         Robert J Antonacci II
133 Peachtree St NE                             830 Browns Drive
Atlanta   GA 30303                              Easton PA  18042
(800) 700-3365

| Robert J Antonacci II | 181 | 3044 | 10096625 | 03/11/2019 | 03/24/2019 | 03/29/2019 |
|---|---|---|---|---|---|---|
| Federal | Married | Allowances: 02 | Additional: | 0.00 | | |
| Pennsylvania | Single | Allowances: 00 | Additional: | 0.00 | | |

| Earnings | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Earnings Hourly | 25.7200 | 80.00 | 2,057.60 | 9,259.20 |
| Vacation Pay In Lieu Of | | | | 1,028.80 |
| Floating Holiday | | | | 411.52 |
| G-Vacation Pay Hrs & Amt | | | | 625.68 |
| G-Equipment/Tool Allowanc | | | | 65.00 |
| Overtime St Time (Base) | 25.7200 | 26.50 | 681.58 | 1,382.45 |
| O/T Premium 50% Hrly Rate | 12.8600 | 26.50 | 340.79 | 691.23 |
| G-Shift Differential 2 | 0.3500 | 80.00 | 28.00 | 140.00 |
| G-Shift Diff 2 O/T | 0.3500 | 26.50 | 9.28 | 18.84 |
| G-Shift Diff 2 O/T P | 0.1750 | 26.50 | 4.64 | 9.43 |
| Holiday Pay | | | | 1,028.80 |
| TOTAL EARNINGS | | | 3,121.89 | 14,660.95 |

| Deductions | | | Current | YTD |
|---|---|---|---|---|
| *GP Hrly Pre-Tax 401(k) | | | 93.66- | 437.87- |
| *Voluntary Life | | | 1.35- | 10.58- |
| Dependent Life | | | 1.04- | 8.32- |
| 401(k) Loan 1-GPH | | | 90.66- | 634.62- |
| 401(k) Loan 2-GPH | | | 123.62- | 865.34- |
| LTD | | | 24.12- | 187.89- |
| L412-USW/M#1358 Lehigh, V | | | 40.01- | 212.27- |
| TOTAL DEDUCTIONS | | | 374.46- | 2,356.89- |

| Taxable Wages | | Current | YTD |
|---|---|---|---|
| Federal | W/H tax | 3,026.88 | 14,212.50 |
| Federal | OASDI EE | 3,120.54 | 14,650.37 |
| Federal | Medic EE | 3,120.54 | 14,650.37 |
| Pennsylvania | W/H tax | 3,120.54 | 14,650.37 |
| Pennsylvania | SUI EE | 3,121.89 | 14,660.95 |
| Williams Township | W/H tax | 3,120.54 | 14,650.37 |

| Income Tax | | Current | YTD |
|---|---|---|---|
| Federal | W/H  EE | 255.07- | 1,072.55- |
| Federal | OASDI EE | 193.47- | 908.32- |
| Federal | MedcarEE | 45.25- | 212.43- |
| Pennsylvania | W/H  EE | 95.80- | 449.76- |
| Pennsylvania | SUI  EE | 1.88- | 8.80- |
| Forks Township | TX LST | 2.00- | 16.00- |
| Williams Townsh W/H | EE | 31.21- | 146.51- |
| TOTAL TAXES | | 624.68- | 2,814.37- |

| Information | | | |
|---|---|---|---|
| Accident&Sickness Actual | | | 881.84 |
| Total Hours Worked | | 106.50 | |

| Net Pay | | | |
|---|---|---|---|
| TOTAL NET PAY | | 2,122.75 | |
| WELLS FARGO BANK | | 1,215.00 | Checking |
| BBVA COMPASS | | 50.00 | Checking |
| THE BANCORP BANK | | 857.75 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate. Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub
Produced by Employee Self Service in lieu of hard copy pay advices.
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM

 **Georgia-Pacific**

Georgia-Pacific Consumer Operations LLC  
133 Peachtree St NE  
Atlanta  GA  30303  
(800) 700-3365

Robert J Antonacci II  
830 Browns Drive  
Easton PA  18042

| | | | | | | |
|---|---|---|---|---|---|---|
| Robert J Antonacci II | 181 | 3044 | 10096625 | 02/25/2019 | 03/10/2019 | 03/15/2019 |
| Federal | Married | Allowances: 02 | Additional: | 0.00 | | |
| Pennsylvania | Single | Allowances: 00 | Additional: | 0.00 | | |

### Earnings

| Description | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Earnings Hourly | 25.7200 | 40.00 | 1,028.80 | 7,201.60 |
| Vacation Pay In Lieu Of | | | | 1,028.80 |
| Floating Holiday | | | | 411.52 |
| G-Vacation Pay Hrs & Amt | | 8.00 | 208.56 | 625.68 |
| G-Equipment/Tool Allowanc | | | | 65.00 |
| Overtime St Time (Base) | 25.7200 | 2.50 | 64.30 | 700.87 |
| O/T Premium 50% Hrly Rate | 12.8600 | 2.50 | 32.15 | 350.44 |
| G-Shift Differential 2 | 0.3500 | 40.00 | 14.00 | 112.00 |
| G-Shift Diff 2 O/T | 0.3500 | 2.50 | 0.88 | 9.56 |
| G-Shift Diff 2 O/T P | 0.1750 | 2.50 | 0.44 | 4.79 |
| Holiday Pay | | | | 1,028.80 |
| **TOTAL EARNINGS** | | | **1,349.13** | **11,539.06** |

### Deductions

| Description | Current | YTD |
|---|---|---|
| *GP Hrly Pre-Tax 401(k) | 40.47- | 344.21- |
| *Voluntary Life | 1.35- | 9.23- |
| Dependent Life | 1.04- | 7.28- |
| 401(k) Loan 1-GPH | 90.66- | 543.96- |
| 401(k) Loan 2-GPH | 123.62- | 741.72- |
| LTD | 24.12- | 163.77- |
| L412-USW/M#1358 Lehigh, V | 20.57- | 172.26- |
| **TOTAL DEDUCTIONS** | **301.83-** | **1,982.43-** |

### Taxable Wages

| | | Current | YTD |
|---|---|---|---|
| Federal | W/H tax | 1,307.31 | 11,185.62 |
| Federal | OASDI EE | 1,347.78 | 11,529.83 |
| Federal | Medic EE | 1,347.78 | 11,529.83 |
| Pennsylvania | W/H tax | 1,347.78 | 11,529.83 |
| Pennsylvania | SUI EE | 1,349.13 | 11,539.06 |
| Williams Township | W/H tax | 1,347.78 | 11,529.83 |

### Taxes

| | | Current | YTD |
|---|---|---|---|
| Federal | W/H EE | 53.04- | 817.48- |
| Federal | OASDI EE | 83.56- | 714.85- |
| Federal | MedcarEE | 19.54- | 167.18- |
| Pennsylvania | W/H EE | 41.38- | 353.96- |
| Pennsylvania | SUI EE | 0.81- | 6.92- |
| Forks Township | TX LST | 2.00- | 14.00- |
| Williams Townsh W/H | EE | 13.48- | 115.30- |
| **TOTAL TAXES** | | **213.81-** | **2,189.69-** |

### Other

| | | YTD |
|---|---|---|
| Accident&Sickness Actual | | 881.84 |
| Total Hours Worked | 42.50 | |

| | Current | |
|---|---|---|
| **TOTAL NET PAY** | 833.49 | |
| WELLS FARGO BANK | 833.49 | Checking |

Overtime and double time are stated as separate line items from your base rate. The "base" rate constitutes your HOURLY STRAIGHT TIME RATE. The "premium" rates are the overtime and double time premiums. Overtime premiums are 50% of your total straight time rate and double time rates are 100% of your straight time rate. Please note that when you earn a shift differential during overtime or double time, the premium portion of the shift differential will be included in the overtime premium calculation.

This is a printed Koch Business Solutions, LP electronic paystub  
Produced by Employee Self Service in lieu of hard copy pay advices.  
For Employment and Salary Verification, please call (800)367-5690 or login at WWW.THEWORKNUMBER.COM