| Statement of Earnings For: | Nicole L Antonacci | | | | | | Easton Arts Academy Charter School |
|---|---|---|---|---|---|---|---|
| Employee #: 56 | Department: 1100 | Period Begin: 5/12/2019 | Check Date: 5/31/2019 | | | | 30 North 4th Street |
| Clock Number: | | Period End: 5/25/2019 | Pay Type: Salary | | | | Easton, PA 18042 |
| SSN: XXX-XX-7047 | Federal Filing: Single | Exemptions: 1 | Additional Tax: | | | | |
| Company Id: CS08 | State Filing: | Exemptions: | Additional Tax: | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1720905 | $0.00 | $1,423.08 | $1,020.80 | |

| EARNINGS | | | | | *Not Included In Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 17.7885 | 80.00 | 1,423.08 | 796.00 | 14,159.64 | SOC SEC EE | 85.75 | 943.26 | PenServ 403b | 71.15 | 782.65 |
| *PenServ Match | | 0.00 | 71.15 | 0.00 | 782.65 | MED EE | 20.05 | 220.60 | Pre-Tax Medical | 40.00 | 440.00 |
| *Medical Pre-Tax | | 0.00 | 349.61 | 0.00 | 349.61 | FEDERAL WH | 113.05 | 1,243.55 | | | |
| Sick | | 0.00 | 0.00 | 20.00 | 355.77 | PENNSYLVANIA | 42.46 | 467.06 | | | |
| Holiday | | 0.00 | 0.00 | 56.00 | 996.16 | EASTON | 26.97 | 296.67 | | | |
| Personal | | 0.00 | 0.00 | 8.00 | 142.31 | PENNSYLVANIA | 0.85 | 9.39 | | | |
| | | | | | | EASTON LST | 2.00 | 22.00 | | | |
| Total: | | 80.00 | 1,423.08 | 880.00 | 15,653.88 | Total: | 291.13 | 3,202.53 | Total: | 111.15 | 1,222.65 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|
| | Checking   Account: ###   Deposit Amount: 1,020.80 |

Easton Arts Academy Charter School
30 North 4th Street
Easton, PA 18042

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/31/2019 | V1720905 |

| TOTAL NET PAY |
|---|
| ******$1,020.80 |

56 1100
**Nicole L Antonacci**
830 Browns Drive
Easton, PA 18042

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nicole L Antonacci | | | | | | Easton Arts Academy Charter School |
|---|---|---|---|---|---|---|---|
| Employee #: 56 | Department | 1100 | Period Begin: | 4/28/2019 | Check Date: | 5/17/2019 | 30 North 4th Street |
| Clock Number: | | | Period End: | 5/11/2019 | Pay Type: | Salary | Easton, PA 18042 |
| SSN: XXX-XX-7047 | Federal Filing: | Single | Exemptions: | 1 | Additional Tax: | | |
| Company Id: CS08 | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1697424 | $0.00 | $1,423.08 | $1,020.78 | |

| EARNINGS | | | | | *Not Included In Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 17.7885 | 72.00 | 1,280.77 | 716.00 | 12,736.56 | SOC SEC EE | 85.75 | 857.51 | PenServ 403b | 71.15 | 711.50 |
| Sick | 17.7885 | 8.00 | 142.31 | 20.00 | 355.77 | MED EE | 20.06 | 200.55 | Pre-Tax Medical | 40.00 | 400.00 |
| *PenServ Match | | 0.00 | 71.15 | 0.00 | 711.50 | FEDERAL WH | 113.05 | 1,130.50 | | | |
| Holiday | | 0.00 | 0.00 | 56.00 | 996.16 | PENNSYLVANIA | 42.46 | 424.60 | | | |
| Personal | | 0.00 | 0.00 | 8.00 | 142.31 | EASTON | 26.97 | 269.70 | | | |
| | | | | | | PENNSYLVANIA | 0.86 | 8.54 | | | |
| | | | | | | EASTON LST | 2.00 | 20.00 | | | |
| Total: | | 80.00 | 1,423.08 | 800.00 | 14,230.80 | Total: | 291.15 | 2,911.40 | Total: | 111.15 | 1,111.50 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ### | Deposit Amount: 1,020.78 |

Easton Arts Academy Charter School
30 North 4th Street
Easton, PA 18042

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/17/2019 | V1697424 |

| TOTAL NET PAY |
|---|
| ******$1,020.78 |

56 1100
**Nicole L Antonacci**
830 Browns Drive
Easton, PA 18042

**NOT NEGOTIABLE**

| Statement of Earnings For: | Nicole L Antonacci | | | | | Easton Arts Academy Charter School |
|---|---|---|---|---|---|---|
| Employee #: 56 | Department: 1100 | Period Begin: 4/14/2019 | Check Date: 5/3/2019 | | | 30 North 4th Street |
| Clock Number: | | Period End: 4/27/2019 | Pay Type: Salary | | | Easton, PA 18042 |
| SSN: XXX-XX-7047 | Federal Filing: Single | Exemptions: 1 | Additional Tax: | | | |
| Company Id: CS08 | State Filing: | Exemptions: | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V1675055 | $0.00 | $1,423.08 | $1,020.80 | |

| EARNINGS | | | | | *Not Included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 17.7885 | 80.00 | 1,423.08 | 644.00 | 11,455.79 | SOC SEC EE | 85.75 | 771.76 | PenServ 403b | 71.15 | 640.35 |
| *PenServ Match | | 0.00 | 71.15 | 0.00 | 640.35 | MED EE | 20.05 | 180.49 | Pre-Tax Medical | 40.00 | 360.00 |
| Sick | | 0.00 | 0.00 | 12.00 | 213.46 | FEDERAL WH | 113.05 | 1,017.45 | | | |
| Holiday | | 0.00 | 0.00 | 56.00 | 996.16 | PENNSYLVANIA | 42.46 | 382.14 | | | |
| Personal | | 0.00 | 0.00 | 8.00 | 142.31 | EASTON | 26.97 | 242.73 | | | |
| | | | | | | PENNSYLVANIA | 0.85 | 7.68 | | | |
| | | | | | | EASTON LST | 2.00 | 18.00 | | | |
| Total: | | 80.00 | 1,423.08 | 720.00 | 12,807.72 | Total: | 291.13 | 2,620.25 | Total: | 111.15 | 1,000.35 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ### | eposit Amount: 1,020.80 |

Easton Arts Academy Charter School
30 North 4th Street
Easton, PA 18042

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/3/2019 | V1675055 |

| TOTAL NET PAY |
|---|
| ******$1,020.80 |

56 1100
**Nicole L Antonacci**
830 Browns Drive
Easton, PA 18042

**NOT NEGOTIABLE**