# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ROBERT J. ANTONACCI, II    :    CHAPTER 13
        NICOLE L. ANTONACCI        :
        Debtors                              :    NO. 19-13038

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the First Amended Chapter 13 Plan by email, fax, and/or regular mail to the addresses indicated below:

                                   /s/ Paul H. Young
                                   PAUL H. YOUNG, ESQUIRE
                                   Attorney for Debtors

Dated: October 23, 2019

Trustee

U.S. Trustee's Office

All creditors on matrix (attached)

Debtors

```
Label Matrix for local noticing         Bureau of Audit and Enforcement        City Treasurer
0313-4                                  City of Allentown                      Eighth and Washington Streets
Case 19-13038-elf                       435 Hamilton Street                    Reading, PA 19601
Eastern District of Pennsylvania        Allentown, PA 18101-1603
Reading
Wed Oct 23 15:58:14 EDT 2019

Dun & Bradstreet, INC                   Lehigh County Tax Claim Bureau         Pennsylvania Department of Revenue
3501 Corporate Pkwy                     17 South Seventh Street                Bankruptcy Division
P.O. Box 520                            Allentown, PA 18101-2401               P.O. Box 280946
Centre Valley, PA 18034-0520                                                   Harrisburg, PA 17128-0946

Tax Claim Bureau                        U.S. Attorney Office                   United States Trustee
633 Court Street                        c/o Virginia Powel, Esq.               Office of the U.S. Trustee
Second Floor                            Room 1250                              200 Chestnut Street
Reading, PA 19601-4300                  615 Chestnut Street                    Suite 502
                                        Philadelphia, PA 19106-4404            Philadelphia, PA 19106-2908

Reading                                 (p)AMERICOLLECT INC                    Atlantoc Credit & Finance
400 Washington Street                   PO BOX 2080                            3353 Orange Ave
Suite 300                               MANITOWOC WI 54221-2080                Roanoke, VA 24012-6335
Reading, PA 19601-3951

Atlantoc Credit & Finance               CACH, LLC                              Dept Of Ed/582/nelnet
P O Box 13386                           Resurgent Capital Services             121 S 13th St
Roanoke, VA 24033-3386                  PO Box 10587                           Lincoln, NE 68508-1904
                                        Greenville, SC 29603-0587

Dept Of Ed/582/nelnet                   Ditech                                 Ditech
Attn: Claims/Bankruptcy                 Attn: Bankruptcy                       Po Box 6172
Po Box 82505                            Po Box 6172                            Rapid City, SD 57709-6172
Lincoln, NE 68501-2505                  Rapid City, SD 57709-6172

Ditech Financial LLC                    Ditech Financial LLC c/o Kevin G. McDonald,   IC Systems, Inc
PO Box 12740                            701 Market Street                      Attention: Bankruptcy
Tempe, AZ 85284-0046                    Suite 5000                             Po Box 64378
                                        Philadelphia, PA 19106-1541            St Paul, MN 55164-0378

IC Systems, Inc                         IRS                                    LVNV Funding, LLC
Po Box 64378                            PO Box 7346                            Resurgent Capital Services
Saint Paul, MN 55164-0378               Philadelphia, PA 19101-7346            PO Box 10587
                                                                               Greenville, SC 29603-0587

Med Business Bureau                     Med Business Bureau                    National Recovery Agency
1460 Renaissance Dr                     1460 Renaissance Dr #400               2491 Paxton St
Park Ridge, IL 60068-1349               Park Ridge, IL 60068-1349              Harrisburg, PA 17111-1036

(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Quantum3 Group LLC as agent for        SANTANDER CONSUMER USA INC.
PO BOX 41067                            CF Medical LLC                         P.O. BOX 961245
NORFOLK VA 23541-1067                   PO Box 788                             FORT WORTH, TX 76161-0244
                                        Kirkland, WA  98083-0788
```

| | | |
|---|---|---|
| Square One Financial/Cach Llc<br>C/o Resurgent Capital Services<br>Greenville, SC 29603 | Square One Financial/Cach Llc<br>Po Box 5980<br>Denver, CO 80127 | TD Auto Finance<br>PO BOX 551080<br>Jacksonville FL 32255-1080 |
| Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | U.S. Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | Nicole L. Antonacci<br>830 Browns Drive<br>Easton, PA 18042-9454 |
| PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020-4366 | Robert J. Antonacci II<br>830 Browns Drive<br>Easton, PA 18042-9454 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc<br>1851 S Alverno Road<br>Manitowoc, WI 54221 | (d)Americollect Inc<br>Po Box 1566<br>1851 S Alverno Rd<br>Manitowoc, WI 54221 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DITECH FINANCIAL LLC | (u)People 1st Fcu | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                  40 |