| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13038-PMM

ROBERT J. ANTONACCI, II
NICOLE L. ANTONACCI
830 BROWNS DRIVE
EASTON  PA    18042

Petition Filed Date: 05/09/2019
341 Hearing Date: 07/23/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2019 | $675.00 | Monthly Plan P | 07/18/2019 | $675.00 | Monthly Plan P | 08/26/2019 | $675.00 | Monthly Plan P |
| 09/20/2019 | $675.00 | Monthly Plan P | 10/24/2019 | $675.00 | | 12/03/2019 | $675.00 | |
| 12/26/2019 | $675.00 | | 01/29/2020 | $675.00 | | 02/25/2020 | $675.00 | |
| 03/24/2020 | $865.00 | | 04/15/2020 | $865.00 | | 05/18/2020 | $865.00 | |
| 06/18/2020 | $865.00 | | 07/23/2020 | $865.00 | | | | |

**Total Receipts for the Period: $10,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,230.00 | $3,230.00 | $0.00 |
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $1,526.82 | $0.00 | $1,526.82 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $606.67 | $0.00 | $606.67 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $3,093.67 | $0.00 | $3,093.67 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $9,309.20 | $0.00 | $9,309.20 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $4,816.37 | $4,816.37 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $1,633.47 | $0.00 | $1,633.47 |
| 8 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $13,309.58 | $0.00 | $13,309.58 |
| 9 | NEWREZ LLC  D/B/A<br>»» 008 | Mortgage Arrears | $49,837.00 | $590.27 | $49,246.73 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $843.64 | $0.00 | $843.64 |

Chapter 13 Case No. 19-13038-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,400.00 | Current Monthly Payment: | $862.47 |
| Paid to Claims: | $8,636.64 | Arrearages: | $362.29 |
| Paid to Trustee: | $984.86 | Total Plan Base: | $64,315.14 |
| Funds on Hand: | $778.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.