Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-13038-PMM**

ROBERT J. ANTONACCI, II  
NICOLE L. ANTONACCI  
830 BROWNS DRIVE  
EASTON  PA    18042

Petition Filed Date: 05/09/2019  
341 Hearing Date: 07/23/2019  
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2020 | $675.00 | | 02/25/2020 | $675.00 | | 03/24/2020 | $865.00 | |
| 04/15/2020 | $865.00 | | 05/18/2020 | $865.00 | | 06/18/2020 | $865.00 | |
| 07/23/2020 | $865.00 | | 08/21/2020 | $865.00 | | 09/17/2020 | $865.00 | |
| 10/26/2020 | $865.00 | | 11/23/2020 | $865.00 | | 12/18/2020 | $865.00 | |
| 01/19/2021 | $875.00 | | 02/22/2021 | $865.00 | | 03/22/2021 | $865.00 | |
| 04/26/2021 | $865.00 | | 05/19/2021 | $865.00 | | | | |

**Total Receipts for the Period:  $14,335.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,230.00 | $3,230.00 | $0.00 |
| 1 | CACH, LLC  »» 001 | Unsecured Creditors | $1,526.82 | $0.00 | $1,526.82 |
| 2 | LVNV FUNDING LLC  »» 002 | Unsecured Creditors | $606.67 | $0.00 | $606.67 |
| 3 | SANTANDER CONSUMER USA  »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 004 | Unsecured Creditors | $3,093.67 | $0.00 | $3,093.67 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC  »» 005 | Unsecured Creditors | $9,309.20 | $0.00 | $9,309.20 |
| 6 | UNITED STATES TREASURY (IRS)  »» 06P | Priority Crediors | $4,816.37 | $4,816.37 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)  »» 06U | Unsecured Creditors | $1,633.47 | $0.00 | $1,633.47 |
| 8 | US DEPARTMENT OF EDUCATION  »» 007 | Unsecured Creditors | $13,309.58 | $0.00 | $13,309.58 |
| 9 | NEWREZ LLC  D/B/A  »» 008 | Mortgage Arrears | $49,837.00 | $9,344.72 | $40,492.28 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES  »» 009 | Unsecured Creditors | $843.64 | $0.00 | $843.64 |

**Chapter 13 Case No. 19-13038-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,060.00 | Current Monthly Payment: | $862.47 |
| Paid to Claims: | $17,391.09 | Arrearages: | $326.99 |
| Paid to Trustee: | $1,668.91 | Total Plan Base: | $64,315.14 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.