| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-13038-PMM**

ROBERT J. ANTONACCI, II
NICOLE L. ANTONACCI
830 BROWNS DRIVE
EASTON  PA    18042

Petition Filed Date: 05/09/2019
341 Hearing Date: 07/23/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $865.00 | | 05/19/2021 | $865.00 | | 06/21/2021 | $865.00 | |
| 07/19/2021 | $865.00 | | 08/13/2021 | $865.00 | | 09/14/2021 | $865.00 | |
| 10/21/2021 | $865.00 | | 11/22/2021 | $865.00 | | 12/20/2021 | $865.00 | |
| 01/26/2022 | $865.00 | | 03/01/2022 | $865.00 | | 03/28/2022 | $865.00 | |
| 04/29/2022 | $865.00 | | 05/31/2022 | $865.00 | | 06/29/2022 | $865.00 | |

**Total Receipts for the Period: $12,975.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,305.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,230.00 | $3,230.00 | $0.00 |
| 1 | CACH, LLC<br>»» 001 | Unsecured Creditors | $1,526.82 | $0.00 | $1,526.82 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $606.67 | $0.00 | $606.67 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $3,093.67 | $0.00 | $3,093.67 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $9,309.20 | $0.00 | $9,309.20 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $4,816.37 | $4,816.37 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $1,633.47 | $0.00 | $1,633.47 |
| 8 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $13,309.58 | $0.00 | $13,309.58 |
| 9 | NEWREZ LLC  D/B/A<br>»» 008 | Mortgage Arrears | $49,837.00 | $19,620.92 | $30,216.08 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $843.64 | $0.00 | $843.64 |

Chapter 13 Case No. 19-13038-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,305.00 | Current Monthly Payment: | $1,398.50 |
| Paid to Claims: | $27,667.29 | Arrearages: | $3,243.14 |
| Paid to Trustee: | $2,637.71 | Total Plan Base: | $64,315.14 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.