| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13038-PMM

ROBERT J. ANTONACCI, II
NICOLE L. ANTONACCI
830 BROWNS DRIVE
EASTON  PA    18042

Petition Filed Date: 05/09/2019
341 Hearing Date: 07/23/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $865.00 | | 08/30/2022 | $700.00 | | 09/06/2022 | $700.00 | |
| 10/11/2022 | $875.00 | | 11/14/2022 | $1,565.00 | | 11/15/2022 | $1,565.00 | 1248 |
| 01/31/2023 | $871.00 | | 02/08/2023 | $800.00 | | 03/03/2023 | $1,671.00 | |
| 04/07/2023 | $1,671.00 | | 06/07/2023 | $800.00 | | 06/30/2023 | $1,871.00 | |

**Total Receipts for the Period:  $13,954.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $44,259.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,230.00 | $3,230.00 | $0.00 |
| 1 | CACH, LLC<br>»»  001 | Unsecured Creditors | $1,526.82 | $0.00 | $1,526.82 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $606.67 | $0.00 | $606.67 |
| 3 | SANTANDER CONSUMER USA<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  004 | Unsecured Creditors | $3,093.67 | $0.00 | $3,093.67 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  005 | Unsecured Creditors | $9,309.20 | $0.00 | $9,309.20 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  06P | Priority Crediors | $4,816.37 | $4,816.37 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»»  06U | Unsecured Creditors | $1,633.47 | $0.00 | $1,633.47 |
| 8 | US DEPARTMENT OF EDUCATION<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NEWREZ LLC  D/B/A<br>»»  008 | Mortgage Arrears | $49,837.00 | $32,415.18 | $17,421.82 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $843.64 | $0.00 | $843.64 |

**Chapter 13 Case No. 19-13038-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,259.00 | Current Monthly Payment: | $1,671.00 |
| Paid to Claims: | $40,461.55 | Arrearages: | $5,684.00 |
| Paid to Trustee: | $3,797.45 | Total Plan Base: | $64,982.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.