Certificate Number: 03621-PAE-DE-038584519

Bankruptcy Case Number: 19-13038



03621-PAE-DE-038584519

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2024, at 2:00 o'clock PM EDT, Robert J Antonacci II completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 18, 2024

By: /s/Lashonda Collins

Name: Lashonda Collins

Title: Credit Counselor