United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13038-pmm |
| Robert J. Antonacci, II | Chapter 13 |
| Nicole L. Antonacci | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 25, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J. Antonacci, II, Nicole L. Antonacci, 830 Browns Drive, Easton, PA 18042-9454 |
| 14322820 | | Ditech, Po Box 6172, Rapid City, SD 57709 |
| 14322819 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14359001 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14324400 | + | Ditech Financial LLC c/o Kevin G. McDonald, Esquir, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14322831 | | Square One Financial/Cach Llc, C/o Resurgent Capital Services, Greenville, SC 29603 |
| 14322830 | | Square One Financial/Cach Llc, Po Box 5980, Denver, CO 80127 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 26 2024 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 26 2024 00:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14322814 | | Email/Text: ebn@americollect.com | Jun 26 2024 00:12:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14322813 | | Email/Text: ebn@americollect.com | Jun 26 2024 00:12:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 14325342 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2024 00:18:34 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14322818 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 26 2024 00:12:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14322817 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 26 2024 00:12:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14322822 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 26 2024 00:12:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14322821 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 26 2024 00:12:00 | IC Systems, Inc, Attention: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 14322823 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2024 00:12:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14435620 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2024 00:12:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14325343 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2024 00:17:10 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14322825 | | Email/Text: bk@mbb.net | Jun 26 2024 00:11:00 | Med Business Bureau, 1460 Renaissance Dr, Park Ridge, IL 60068 |
| 14322824 | | Email/Text: bk@mbb.net | Jun 26 2024 00:11:00 | Med Business Bureau, 1460 Renaissance Dr #400, Park Ridge, IL 60068 |
| 14322826 | + | Email/Text: Bankruptcies@nragroup.com | Jun 26 2024 00:12:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14492051 | | Email/Text: mtgbk@shellpointmtg.com | Jun 26 2024 00:11:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14322828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2024 00:17:48 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14322829 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2024 00:18:32 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 14331196 | | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2024 00:12:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14326173 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2024 00:12:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14345033 | + | Email/Text: jaxbanko@td.com | Jun 26 2024 00:11:00 | TD Auto Finance, PO BOX 551080, Jacksonville FL 32255-1080 |
| 14322832 | + | Email/Text: jaxbanko@td.com | Jun 26 2024 00:11:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14351201 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 26 2024 00:12:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14322827 | | People 1st Fcu |
| 14359624 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14322816 | ##+ | Atlantoc Credit & Finance, P O Box 13386, Roanoke, VA 24033-3386 |
| 14322815 | ##+ | Atlantoc Credit & Finance, 3353 Orange Ave, Roanoke, VA 24012-6335 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2024     Signature:     /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 25, 2024 | Form ID: 138OBJ | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of New Rez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Nicole L. Antonacci support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Robert J. Antonacci II support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 94 − 89

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Robert J. Antonacci II<br><br>  Nicole L. Antonacci<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−13038−pmm<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 25, 2024

For The Court

Timothy B. McGrath
Clerk of Court